IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| SALVADOR JIMENEZ, III, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | 2:21-CV-251-Z-BR |
| § | |
| DIRECTOR, TDCJ-CID, § | |
| § | |
| Defendant. § | |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
AND
DISMISSING CIVIL RIGHTS CLAIM**

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss the civil rights claim filed by the Plaintiff in this case as barred by the three-strike provision of 28 U.S.C. § 1915(g). (ECF 8). No objections to the findings, conclusions, and recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED** and the case is **DISMISSED WITHOUT PREJUDICE**.

IT SO ORDERED.

March 6, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE